UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTAL VAZQUEZ, INDIVIDUALLY AND AND AS ASSIGNEE OF THE RIGHTS OF DAVID SIDOR,<br><br>-V-<br><br>MARKEL INSURANCE COMPANY. | :<br>:<br>:<br>:   NO. 1:19-cv-071-DNJ-DJS<br>:<br>:   STIPULATION<br>:   OF DISMISSAL WITH PREJUDICE |

It is hereby stipulated and agreed that the within matter is hereby settled by and between the parties, and therefore it is hereby dismissed with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

RUSK, WADLIN, HEPPNER & MARTUSCELLO LLP

By: *[signature]*
John G. Rusk
*Attorneys for Plaintiff*
*Cristal Vazquez*

KENNEDYS CMK, LLP

By: *April T. Villaverde*
April T. Villaverde
*Attorneys for Defendant*
*Markel American Ins. Co.*

SO ORDERED:

*[signature]*
DAVID N. HURD
United States District Judge
Dated: 9/30/2020
Utica, NY